IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISA MENDENHALL, | No. C-04-03291 EDL |
| Plaintiff, | **ORDER DISMISSING CASE** |
| v. | |
| JOANNE B. BARNHART, | |
| Defendant. | |

In accordance with this Court's June 23, 2005 Order to Show Cause, Plaintiff was required to serve and file a motion for summary judgment or for remand no later than July 25, 2005. To date, Plaintiff has failed to file a motion for summary judgment or for remand, and has not obtained leave of Court to file her motion at a later time. Accordingly, Plaintiff's case is dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: July 28, 2005

ELIZABETH D. LAPORTE
United States Magistrate Judge